ABRAHAM PEARLMAN, Respondent, v. OWENS-ILLINOIS GLASS COMPANY, an Ohio Corporation, Appellant, Impleaded with Another.— Order modified by eliminating items 12 to 15, inclusive, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

COMMERCIAL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, v. CHARBERT HOLDING CORPORATION and BENDIX AVIATION CORPORATION, Respondents. AERONAUTICAL HOLDINGS, LIMITED, Respondent, v. COMMERCIAL NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant. (Consolidated Actions.) — Orders affirmed, with twenty dollars costs and disbursements to the respondents Aeronautical Holdings, Limited, and Charbert Holding Corporation. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

MAX MELTZER, Respondent, v. COMMONWEALTH TRUST COMPANY OF PITTSBURGH, as Receiver of THE HAUSMAN & WIMMER COMPANY, a Foreign Corporation, etc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

METROPOLITAN FIREPROOF WAREHOUSE, INC., Respondent, v. LOTTIE ROBBINS POLSKY, Also Known as GERTRUDE BRODY, Appellant. (Appeals Nos. 1 and 2.) — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRICK COMPANY, Appellant, v. WISNER MANUFACTURING COMPANY, Respondent.— Order modified by eliminating from the notice of examination the name of L. A. Hewitt, and by inserting a provision to the effect that the calling of the persons named in the notice, who are non-residents, be within the discretion of the justice holding Special Term, Part II, as the necessity therefor is made to appear; and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LOUIS ZIMMERMAN, Respondent, v. CAROLINE TOBIA and Others, Defendants. THE NATIONAL CITY SAFE DEPOSIT COMPANY, Appellant; JOSEPH T. HIGGINS, Sheriff of New York County.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JULE F. SHAPIRO, Appellant, v. LOUIS M. SHAPIRO, Respondent.— Order affirmed, without prejudice to an application by plaintiff for increased alimony on proof that the financial circumstances of defendant have improved. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and O'Malley, JJ., dissent on the ground that compliance with the provision of section 1170 of the Civil Practice Act has not been shown.